UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY MUIA, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A., INC.,<br><br>       Defendant. | ECF CASE<br><br>Case No.: 24-cv-05912-JRC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

  IT IS HEREBY STIPULATED, AGREED, AND UNDERSTOOD by and between Plaintiff Anthony Muia and Defendant Home Depot U.S.A., Inc. that: (1) this action is dismissed and discontinued in its entirety with prejudice pursuant to Fed. R. Civ. P. 41(a)(2); and (2) each party shall bear his or its own costs, attorneys' fees, and disbursements.

New York, New York
July 1, 2025

RISSMILLER PLLC

By: _s/ Alex Rissmiller_____
 Alex Rissmiller, Esq.
 5 Pennsylvania Plaza, 19th Floor
 New York, New York 10001
 (646) 664-1412
 *Attorneys for Plaintiff*

EPSTEIN BECKER & GREEN, P.C.

By: _s/ Patrick G. Brady_____
 Patrick G. Brady, Esq.
 857 Third Avenue
 New York, New York 10022
 (973) 642-1900
 *Attorneys for Defendant*

VALLI KANE & VAGNINI LLP

By: _s/ Matthew L. Berman_____
 Matthew L. Berman, Esq.
 600 Old Country Road, Suite 519
 Garden City, NY 11530
 (516) 203-7180
 *Attorneys for Plaintiff*

**So Ordered:**

_S/ James R. Cho_____
Honorable James R. Cho
United States Magistrate Judge
July 7, 2025